Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
TANISHA PRICE

Gerald M. Welt
Attorney at Law: 1575
411 E. Bonneville Avenue, #505
Las Vegas, Nv 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-Mail: Gmwesq@Weltlaw.Com; Kwp@Weltlaw.Com
Attorneys For Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TANISHA PRICE | Case No.: 2:19-cv-01319-RFB-EJY |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND/REVERSAL |
| v. | |
| ANDREW SAUL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

    Plaintiff Tanisha Price and Defendant Andrew Saul, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from December 23, 2019 to January 14, 2020

-1-

for Plaintiff to file a Motion for Remand/Reversal, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. Plaintiff's Counsel will be on leave on the original due date and makes this request to allow additional time to fully research the issues presented.

DATE: December 23, 2019   Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Tanisha Price

DATE: December 23, 2019

DAYLE ELIESON
United States Attorney

/s/ *Allison J. Cheung*

BY: _____
Allison J. Cheung
Special Assistant United States Attorney
Attorneys for defendant Andrew Saul
|*authorized by e-mail|

DATED: December 26, 2019

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE
ELAYNA J. YOUCHAH