1 NICHOLAS A. TRUTANICH
United States Attorney
2 District of Nevada

3 ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
4 160 Spear Street, Suite 800
San Francisco, California 94105
5 Telephone: (415) 977-8942
Facsimile: (415) 744-0134
6 E-Mail: allison.cheung@ssa.gov

7 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TINISHA PRICE, | Case No.: 2:19-cv-01319-EJY |
| Plaintiff, | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

//

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 12, 2020          Respectfully submitted,

                                           LAW OFFICES OF LAWRENCE D. ROHLFING

                                           */s/ Cyrus Safa*
                                           CYRUS SAFA
                                           (*as authorized via email on February 11, 2020)
                                           Attorney for Plaintiff

Dated: February 12, 2020          Respectfully submitted,

                                           NICHOLAS A. TRUTANICH
                                           United States Attorney

                                           */s/ Allison J. Cheung*
                                           ALLISON J. CHEUNG
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: February 13, 2020