Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Tinisha Price

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TINISHA PRICE, | Case No.: 2:19-cv-01319-EJY |
| Plaintiff, | STIPULATION AND {PROPOSED} ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE ELAYNA J. YOUCHAH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Tinisha Price be awarded attorney fees and expenses in the amount of three thousand two hundred fifty dollars ($3,250.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Tinisha Price, the government will consider the matter of Tinisha Price's assignment of EAJA fees to Cyrus Safa. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Tinisha Price, but if the Department of the Treasury determines that Tinisha Price does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Tinisha Price.[1] Any payments made shall be delivered to Cyrus Safa.

This stipulation constitutes a compromise settlement of Tinisha Price's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Tinisha Price and/or Cyrus Safa including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

///

///

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

     This award is without prejudice to the rights of Cyrus Safa and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: May 8, 2020          Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING

                              /s/ *Cyrus Safa*
                       BY:_____
                              Cyrus Safa
                              Attorney for plaintiff Tinisha Price

DATE:  May 11, 2020

                              NICHOLAS A. TRUTANICH
                              United States Attorney

                              /s/ *Allison J. Cheung*

                              ALLISON J. CHEUNG
                              Special Assistant United States Attorney
                              Attorneys for Defendant ANDREW SAUL,
                              Commissioner of Social Security
                              (Per e-mail authorization)

DATED:   May 12, 2020

IT IS SO ORDERED:   _____
                            UNITED STATES MAGISTRATE JUDGE
                            ELAYNA J. YOUCHAH