# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Tinisha Price,

                Plaintiff,

v.

Andrew Saul,

                Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:19-cv-01319-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Cyrus Safa's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (ECF No. 26) is GRANTED. A fee award in the amount of $8,000 for work before the Court is to be paid to Cyrus Safa at the Law Offices of Lawrence D. Rohlfing from the sums held by the Social Security Commissioner from Plaintiff's past-due benefits. IT IS FURTHER ORDERED that Cyrus Safa shall refund $3,250 to Plaintiff Tinisha Price for funds previously paid to him by the Commissioner under the Equal Access to Justice Act.

5/5/21  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk